UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 05 B 18198
   BRENDA A FLOWERS
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR
      Debtor
   SSN XXX-XX-1764
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/06/05 and confirmed on 06/24/05.

2. The plan is paid in full.

3. The Debtor paid a total of $  5668.66 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CREDIT ACCEPTANCE CORP | UNSECURED | 2017.55 | .00 | 1489.28 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| BLACK EXPRESSIONS | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 660.00 | .00 | 487.19 |
| ILLINOIS CONSOLIDATED PU | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSECURED | 1386.38 | .00 | 1023.38 |
| COSMETIQUE | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE TIL PAY DAY | UNSECURED | NOT FILED | .00 | .00 |
| ELIZABETH SHUMAKER | UNSECURED | NOT FILED | .00 | .00 |
| H J RUSSELL & CO | UNSECURED | NOT FILED | .00 | .00 |
| KTNT COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL GEOGRAPHIC SOCI | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUICK CASH | UNSECURED | NOT FILED | .00 | .00 |
| NORTHSHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| READERS DIGEST | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| VISTA MEDICAL CENTER EAS | UNSECURED | 100.00 | .00 | 73.82 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 4163.93 | .00 | 4163.93 |
| PRINCIPAL PAID | .00 | .00 | 3073.67 | .00 | 3073.67 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 3073.67 | .00 | 3073.67 |

The Debtor's attorney, ZALUTSKY & PINSKI             , was allowed $   2200.00 and was paid $      76.00   direct and $   2124.00   through the plan.

The Trustee received $     202.33 .

Refunds to the Debtor totaled $     268.66 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/09/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE